**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

Aaron Kinner, et al.,

     Plaintiffs,

v.                           Case:  19-10583

Ford Motor Company, Inc.,          Honorable Sean F. Cox

     Defendant.

**STIPULATED ORDER
SETTING DEADLINE FOR FILING AMENDED COMPLAINT**

     The parties, through their undersigned counsel, have reached the following Stipulation related to Plaintiffs' proposed Amended Complaint and Defendant's first responsive pleading:

1.  Defendant was served with Plaintiffs' Complaint on May 13, 2019. The Complaint identifies over 200 Plaintiffs and is over 270 pages in length. Plaintiffs intend to file and serve an Amended Complaint, as allowed by FRCP 15(a)(1)(A), no later than June 14, 2019;

2.  Without waiving any of its defenses by entering this stipulation, Defendant will Answer or otherwise respond to the Amended Complaint by July 26, 2019

     The COURT having considered this Stipulation and being fully advised in the premises; ORDERS AS FOLLOWS:

1. Plaintiffs shall have until June 14, 2019 to file and serve an Amended Complaint

2. Defendant shall Answer or otherwise respond to an Amended Complaint filed by June 14 no later than July 26, 2019

Dated:  June 3, 2019                                      s/Sean F. Cox
                                                         Sean F. Cox
                                                         U. S. District Judge

Stipulation and Order Approved as to form:

BY:   /s/Kenneth A. Stern                      BY: /s/ Thomas P. Branigan
      KENNETH A. STERN (P30722)                     THOMAS P. BRANIGAN (P41774)
      STERN LAW, PLLC                               BOWMAN AND BROOKE LLP
      Attorneys for Plaintiffs                      Attorneys for Ford Motor Company
      41850 E. Eleven Mile Road                     41000 Woodward Avenue
      Suite 121                                     Suite 200 East
      Novi, MI 48375                                Bloomfield Hills MI 48304
      248.347.7300 ph/248.305.3250 fx               248.205.3300 ph /248.205.3393 fx
      ken@sternlawonline.com                        tom.branigan@bowmanandbrooke.com