UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Aaron Kinner, et al.,

    Plaintiffs,

v.                                                        Case:  19-cv-10583

Ford Motor Company, Inc.,                  Honorable Sean F. Cox

    Defendant.

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41

    Plaintiffs Aaron Kinner, *et al*. ("Plaintiffs"), by and through their respective counsel, hereby dismiss this action without prejudice as to all of Plaintiffs' claims pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  Defendant Ford Motor Company, Inc. has neither answered nor filed a motion for summary judgment and Plaintiffs may thereby dismiss without a court order.

BY:  /s/Kenneth A. Stern                 BY:  /s/Allen-Michael D. Resnick
    KENNETH A. STERN (P30722)         ALLEN-MICHEL D. RESNICK (SBN 245215)
    STERN LAW, PLLC                              CONSUMER LEGAL REMEDIES, APC
    Attorneys for Plaintiffs                        Attorneys for Plaintiffs
    41850 E. Eleven Mile Road                153 ½ North Arnaz Drive
    Suite 121                                               Beverly Hills, CA 90211
    Novi, MI 48375                                310.213.1398 ph /213.210.2196 fx
    248.347.7300 ph/248.305.3250 fx     mresnick@clrattorney.com
    ken@sternlawonline.com